rev. 9/6/07

| DOCUMENTS UNDER SEAL ☐ | | | | | TOTAL TIME (mins): | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE** | | DEPUTY CLERK | | | REPORTER/FTR | | |
| **MINUTE ORDER** | | Brenda Tolbert | | | 10:54 - 10:58 | | |
| MAGISTRATE JUDGE | | DATE | | | NEW CASE | CASE NUMBER | |
| HON. MARIA-ELENA JAMES | | December 6, 2007 | | | ☐ | 3-07-70721 MEJ | |

| APPEARANCES | | | | | | | |
|---|---|---|---|---|---|---|---|
| DEFENDANT | | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | | PD. ☐ RET. ☐ |
| EFREN GONZALEZ | | | Y | P | Gail Shifman | | APPT. ☒ |
| U.S. ATTORNEY | | INTERPRETER | | ☒ | FIN. AFFT | ☒ | COUNSEL APPT'D |
| Candace Kelly | | | | | SUBMITTED | | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | | | DEF ELIGIBLE FOR | ☒ | PARTIAL PAYMENT | ☐ |
| | Ameilia Berthelsen | | | APPT'D COUNSEL | | OF CJA FEES | |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | INITIAL APPEAR 4 min | ☐ | PRELIM HRG | ☐ | MOTION | ☐ | JUGM'T & SENTG | ☐ | STATUS |
| ☐ | I.D. COUNSEL | ☐ | ARRAIGNMENT | ☐ | BOND HEARING | ☐ | INITIAL APPEAR REV PROB OR S/R | ☐ | OTHER |
| ☐ | DETENTION HRG | ☐ | ID / REMOV HRG | ☐ | CHANGE PLEA | ☐ | PROB. REVOC. | ☐ | ATTY APPT HEARING |

| INITIAL APPEARANCE | | | | | | |
|---|---|---|---|---|---|---|
| ☒ | ADVISED OF RIGHTS | ☒ | ADVISED OF CHARGES | ☒ | NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME **FILED** |

**FILED**

DEC 0 6 2007

| ARRAIGNMENT | | | | | | |
|---|---|---|---|---|---|---|
| ☐ | ARRAIGNED ON INFORMATION | ☐ | ARRAIGNED ON INDICTMENT | ☐ | READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

| RELEASE | | | | | | |
|---|---|---|---|---|---|---|
| ☐ | RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | | |
| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | | ☒ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | |

| PLEA | | | | | |
|---|---|---|---|---|---|
| ☐ | CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ | |
| ☐ | PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: | |

| CONTINUANCE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TO: 12-11-07 | ☐ | ATTY APPT HEARING | ☐ | BOND HEARING | ☐ | STATUS RE: CONSENT | ☐ | STATUS / TRIAL SET |
| AT: 9:30 A.M. | ☐ | SUBMIT FINAN. AFFIDAVIT | ☐ | PRELIMINARY HEARING OR ARRAIGN- MENT | ☐ | CHANGE OF PLEA | ☐ | OTHER |
| BEFORE HON. MEJ | ☒ | DETENTION HEARING | | | ☐ | MOTIONS | ☐ | JUDGMENT & SENTENCING |
| ☐ | TIME WAIVED | ☐ | TIME EXCLUDABLE UNDER 18 § USC 3161 | ☒ | IDENTITY / REMOVAL HEARING | ☐ | PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

| ADDITIONAL PROCEEDINGS |
|---|

BT, PTS