1  GAIL SHIFMAN
   Attorney at Law
2  44 Montgomery Street
   Suite 3850
3  San Francisco, California 94104
   Telephone (415) 551-1500
4  Facsimile (415) 551-1502

5  Attorney for Defendant
   EFREN GONZALEZ
6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11 | UNITED STATES OF AMERICA,         CASE NO.  3:07-mj-70721 MAG

12 |        Plaintiff,                 STIPULATION AND [PROPOSED]
                                       ORDER RETURNING PASSPORT
13 |    v.

14 | EFREN GONZALES, *et al.*,

15 |        Defendants.

16

17      This matter having concluded, the parties stipulate that

18 the Clerk's Office shall return the passport of Efren Gonzalez

19 to Defendant Gonzalez or to his Attorney, Gail Shifman.

20 IT IS SO STIPULATED.

21

22      /s/                                    /s/
   _____        _____
23 Dennis Fitzpatrick              Gail Shifman
   Assistant U.S. Attorney         Attorney for Defendant
24

25

26

27

28

1 | This matter having come before the Court upon
2 | Stipulation of the parties,
3 | It IS ORDERED that the Clerk's Office shall return the
4 | passport of Efren Gonzalez to Defendant Gonzalez or his
5 | Attorney, Gail Shifman.
6 |
7 | Dated: April ___, 2008    _____
  |                           MARIA ELENA JAMES
8 |                           United States Magistrate Judge

- 2 -