```
 1  GAIL SHIFMAN
    Attorney at Law
 2  44 Montgomery Street
    Suite 3850
 3  San Francisco, California 94104
    Telephone (415) 551-1500
 4  Facsimile (415) 551-1502

 5  Attorney for Defendant
    EFREN GONZALEZ
 6
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  3:07-mj-70721 MAG |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RETURNING PASSPORT |
| v. | |
| EFREN GONZALES, *et al.*, | |
| Defendants. | |

This matter having concluded, the parties stipulate that the Clerk's Office shall return the passport of Efren Gonzalez to Defendant Gonzalez or to his Attorney, Gail Shifman.

IT IS SO STIPULATED.

```
    /s/                                /s/
_____      _____
Dennis Fitzpatrick           Gail Shifman
Assistant U.S. Attorney      Attorney for Defendant
```

1  This matter having come before the Court upon
2  Stipulation of the parties,
3  It IS ORDERED that the Clerk's Office shall return the
4  passport of Efren Gonzalez to Defendant Gonzalez's
5  Attorney, Gail Shifman.
6
7  Dated: ~~April~~ May 1, 2008

IT IS SO ORDERED
Judge Maria-Elena James

MARIA-ELENA JAMES
United States Magistrate Judge